**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DESMOND NOEL BROPHY,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>Defendants. | Case No.: 1:26-cv-01439<br><br>Judge Jorge L. Alonso<br><br>Magistrate Judge Heather K. McShain |

**PLAINTIFF'S MOTION TO REINSTATE CIVIL ACTION NO. 1:26-cv-01439**

Plaintiff, Desmond Noel Brophy ("Plaintiff"), respectfully moves the Court to reinstate this action for the limited purpose of entering the agreed Consent Judgment against Defendant Nos. 92 Thebester et al.[1] (the "Defendants"), who settled Plaintiff's claims but failed to pay the settlement amount to which they agreed.

Plaintiff and the Defendants executed a settlement agreement resolving Plaintiff's claims against them and promptly notified the Court. [36]. The Court subsequently dismissed the case without prejudice with leave to reinstate by August 21, 2026. [38]. Defendants agreed to pay the settlement amount by July 18, 2026. Defendants did not provide notice that additional time was needed and did not request an extension of that deadline.

Consistent with the Parties' agreement, and with Defendants' consent, Plaintiff concurrently files herewith a motion for entry of the proposed Consent Judgment, which awards the Settlement Amount, enters the agreed permanent injunction, and preserves Plaintiff's right to reasonable attorneys' fees and costs incurred in enforcing the judgment. This motion is agreed;

[1]The "Settling Defendants" are Defendant Nos. 92 Thebester, 144 PosterCraft, 161 poster draw, 165 just poster, 171 Pictures on the wall, and 180 Beautiful life in dream.

Defendants consent to entry of the proposed Consent Judgment and do not oppose the relief requested. Reinstatement is therefore warranted so that the Court may enter the agreed Consent Judgment to which the Defendants already consented. Once the Consent Judgment is entered, no defendants will remain, and this action may again be closed.

WHEREFORE, Plaintiff respectfully requests that the Court reinstate this action as to the Defendants for the limited purpose of entering the agreed Consent Judgment attached to Plaintiff's concurrently filed Agreed Motion for Entry of Consent Judgment.

DATED: August 18, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on August 18, 2026, with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all attorneys and parties of record.

*/s/ Keith A. Vogt*
Keith A. Vogt